IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KEVIN GURLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY, INC.,<br><br>    Defendant. | NO. 4:13 – cv - 00178<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

   Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Kevin Gurley requests all claims raised or that could have been raised in this action against Defendant Performant Recovery, Inc. are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.


   /s/ L. Ashley Zubal
L. Ashley Zubal     AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

Michael A. Klutho
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
mklutho@bassford.com


**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 21st day of October, 2013, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.